# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DERRICK CLARK**                                                                 **PLAINTIFF**

V.                                    **CASE NO. 2:20-CV-69-BD**

**PATRICIA SNYDER**                                                               **DEFENDANT**

## ORDER

Mr. Clark was an inmate at the Arkansas County Regional Detention Center when he filed this civil rights lawsuit on April 1, 2020. (Doc. No. 2) On February 9, 2021, mail sent from the Court to Mr. Clark was returned as "undeliverable." (Doc. No. 27) The local rules require pro se plaintiffs, including Mr. Clark, to promptly notify the Court of any change in address so that the Court and other parties can communicate with them. Local Rule 5.5(c)(2).

On February 10, the Court ordered Mr. Clark to notify the Court of his current address within 30 days or risk dismissal of his complaint. (Doc. No. 28) To date, he has not responded to the Court's February 10 Order.

Mr. Clark's claims are DISMISSED, without prejudice, based on his failure to comply with the February 10 Order to notify the Court of his current address and his failure to prosecute this lawsuit. Defendant Snyder's motion for summary judgment (Doc. No. 23) is DENIED, as moot.

IT IS SO ORDERED, this 15th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE